IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| FREDERICK BANKS,<br><br>           Plaintiff,<br><br>vs.<br><br>NATIONAL SECURITY AGENCY et al.,<br><br>           Defendants. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Case No. 2:13-cv-931 CW-BCW<br><br>District Judge Clark Waddoups<br><br>Magistrate Judge Brooke C. Wells |

      This case was assigned to United States District Court Judge Clark Waddoups, who then referred it to United States Magistrate Brooke C. Wells under 28 U.S.C. § 636(b)(1)(B). Plaintiff Frederick Banks filed a Complaint on October 17, 2013. He subsequently filed a Notice of Change of Address on March 31, 2014. When no other activity occurred in the case, Judge Wells issued an Order to Show Cause on March 3, 2015 directing Plaintiff to respond why the case should not be dismissed for failure to prosecute. The mail was returned as undeliverable, with no known forwarding address. Accordingly, on March 25, 2015, Judge Wells issued a Report and Recommendation, recommending that Plaintiff's Complaint be dismissed without prejudice.

      Having reviewed the record, the court hereby APPROVES AND ADOPTS Judge Well's Report and Recommendation and directs that Plaintiff's Complaint be dismissed without prejudice.

SO ORDERED this 22nd day of April, 2015.

                                                    BY THE COURT:

                                                    _____
                                                    Clark Waddoups
                                                    United States District Judge